Local AO 442 (Rev 10/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA

RECEIVED
UNITED STATES MARSHALS

FEB 20 2020

DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America<br><br>v.<br><br>Kasandra Grant a/k/a Kassie<br><br>Defendant | )<br>)<br>) Case No. 3:20-cr-42-18<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Kasandra Grant

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance;
Distribution of Oxycodone;
Aiding and Abetting; and
Forfeiture Allegation

Date:   02/20/2020

/s/ Jackie Stewart
*Issuing officer's signature*

City and state:   Fargo, ND

Jackie Stewart, Deputy Clerk
*Printed name and title*

---

### Return

This warrant was received on *(date)* 6-22-20, and the person was arrested on *(date)* 6-25-20
at *(city and state)* New Town, ND

Date: 6-26-20

*Arresting officer's signature*

Isaiah Soldier   Special Agent
*Printed name and title*