**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **AMENDED ORDER GRANTING MOTION** |
| | ) | **TO MODIFY CONDITIONS OF RELEASE** |
| vs. | ) | |
| | ) | |
| Kasondra Kaye Grant, | ) | |
| | ) | Case Nos. 1:20-cr-075 and 3:20-cr-042 |
| Defendant. | ) | |

On July 29, 2020, the court issued an order conditionally releasing defendant so that she could travel to and participate in an inpatient treatment program at Springboard Recovery ("Springboard") in Arizona. (Case No. 1:20-cr-075, Doc. No. 39; Case No. 3:20-cr-042; Doc. No. 349).

On November 16, 2020, the court modified defendant's release conditions to permit her to transfer from an inpatient facility to a less intensive sober living facility at Springboard and continue with Springboard's Intensive Outpatient Program. (Case No. 1:20-cr-075, Doc. No. 54; Case No. 3:20-cr-042; Doc. No. 490).

On July 15, 2021, defendant filed an Amended Motion for Modification of Pretrial Release. (Case No. 1:20-cr-075, Doc. No. 80; Case No. 3;20-cr-042, Doc. No. 782). She advises that she has ostensibly completed Springboard's programming. She requests that the court further amend her release conditions to permit to her return to Rollette, North Dakota, and live with her mother, step-father, and siblings, and child. Her family "has made arrangement for a flight reservation to be available for her on July 23, 2021."

The court **GRANTS** defendant's motion (Case No. 1:20-cr-075, Doc. No. 80; Case No.

3;20-cr-042, Doc. No. 782).  Defendant's conditions of release shall amended as follows.  Defendant shall continue to Springboard's sober living facility until July 23, 2021.  On July 23, 2021, defendant shall return to North Dakota and reside with her mother at mother's residence in Rollette, North Dakota.  Defendant shall not change this residence with prior approval of the Pretrial Services Office.  Defendants shall continue to participate in treatment, aftercare, and/or counseling if recommended by the Pretrial Services Officer.  Prior to departing Springboard's sober living facility, defendant shall provide the Pretrial Services Office with her travel itinerary.  Upon her arrival in North Dakota, defendant shall immediately contact the Pretrial Service Office and thereafter report to the Pretrial Services Office  at such times and in such manner as it designates. Defendant shall submit her person, residence, vehicle, and/or possessions to a search conducted by a Pretrial Services Officer at the request of the Pretrial Services Officer.  Failure to submit to a search may be grounds for revocation of pretrial release.  Defendant shall notify any other residents that the premises may be subject to searches pursuant to this condition. All other conditions of release previously imposed by the court remain in effect.

**IT IS SO ORDERED.**

Dated this 21st day of July, 2021.

/s/ *Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court